# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1423
Lower Tribunal No. 2021-CA-3005-O

_____

JAMES FITZER and JONATHAN W. FITZER,

Appellants,

v.

PUI CHI RAMNARACE,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Brian S. Sandor, Judge.

March 31, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and MIZE, JJ., concur.


Warren B. Kwavnick, of The Law Office of Warren B. Kwavnick, PLLC, Pembroke Pines, for Appellants.

Christopher V. Carlyle, of The Carlyle Appellate Law Firm, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED